Lila Mae CORDER, Petitioner, v. CHAMPION ROAD MACHINERY IN-TERNATIONAL CORPORATION, Respondent, and Leroy JACKSON, Petitioner, v. CHAMPION ROAD MACHINERY INTERNATIONAL CORPORATION, Respondent.

(332 S. E. (2d) 533)

Supreme Court

ORDER

July 16, 1985.

The petition for writ of certiorari to the Court of Appeals is denied.